# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BENJAMIN MICHAEL DIAMOND,**

   **Plaintiff,**

vs.                                                     Case No.: 4:10cv556-MP/WCS

**LARRY CAMPBELL, et al.,**

   **Defendants.**

_____/

## REPORT AND RECOMMENDATION

In an order filed December 28, 2010, Plaintiff was directed to file an amended complaint by January 31, 2011. Doc. 5. Because Plaintiff's copy of that order was returned undelivered to the clerk, and Plaintiff subsequently filed a notice of change of address, doc. 7, this court entered another order on January 24, 2011, directing the clerk to re-mail copies of documents 4 and 5 to Plaintiff's current address and extended his deadline for filing an amended complaint to February 28, 2011. Doc. 9. To date, the re-mailed copies of the orders have not been returned, however, Plaintiff has not responded to the orders.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with an order or to prosecute this case, this complaint should now be dismissed without prejudice.

Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for this failure to respond. Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on March 7, 2011.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**